## Kuhns Unemployment Compensation Case.

Submitted April 14, 1970. *Evelyn C. Kuhns,* claimant,
appellant, in propria persona; *Sydney Reuben,* Assist-

ant Attorney General, and *William C. Sennett,* Attorney General, for Unemployment Compensation Board of Review, appellee.

Decision affirmed.